# United States District Court, Eastern District of Washington
## Magistrate Judge James P. Hutton
## Yakima

| USA v. ROSHON EDWARD THOMAS | Case No. 2:22-CR-0035-RMP-1 |
|---|---|

Spokane Video Conference (JPH @ Yakima; Counsel and Defendant @ Spokane)
Defendant consented to appear via video conference

## Arraignment/Initial Appearance on Indictment: 03/17/2022

| | | | |
|---|---|---|---|
| ☒ | Melissa Orosco, Courtroom Deputy [S] | ☒ | Tyler Tornabene, US Atty |
| ☒ | Pam Howard, Courtroom Deputy [Y] | ☒ | Molly Winston, Defense Atty |
| ☒ | Shawn Kennicutt, US Probation / Pretrial Services Officer | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present ☒ in custody USM | | |

| | | | |
|---|---|---|---|
| ☐ | USA Oral Motion for Detention | ☒ | Rights given |
| ☒ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☒ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of Indictment |
| ☒ | The Court will appoint the Federal Defenders | ☒ | Defendant waived reading of Indictment |
| ☐ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☐ | Indictment read in open court |
| ☐ | PRE-Trial Services Report ordered | ☐ | POST Pre-Trial Services Report ordered |
| | | ☒ | AO199c Advice of Penalties & Sanctions filed |

## REMARKS

Defendant appeared, in custody, with counsel and acknowledged to the Court that his true and correct name is ROSHON EDWARD THOMAS.

Defendant was advised of his rights and the allegations contained in the Indictment.

"Not guilty" plea entered.

Based on information contained in the Financial Affidavit, the Court appointed the Federal Defenders to represent Defendant in this matter.

Government is not seeking detention with the imposition of certain conditions. Defendant in agreement.

**The Court ordered:**
1. Oral order issued confirming the Government's disclosure obligations under the Due Process Protections Act and the possible consequences of violation of said order (Government has standing objection to language as overbroad).
2. Discovery to be provided according to Local Rules.
3. Conditions of release imposed upon Defendant which were read to him in Court. Order forthcoming.

Defendant to be released under the following conditions:

- Commit no new violation of state, local or federal law, to include no marijuana
- Advise Pretrial Services, the Court, and attorney, in writing, prior to any change in residence or phone number
- Appear for all future hearings and surrender for sentence if sentence of imprisonment is imposed
- Sign 199C
- No possession of firearm, dangerous weapon, or other destructive device
- Report to Pretrial Services in whatever frequency/manner they direct
- Call attorney at least once per week
- May not possess, ship or transport in interstate or foreign commerce any firearm, or ammunition
- No use or possession of narcotic drugs or other controlled substances, unless have valid prescription, to include no marijuana
- Remain in Eastern District of Washington while case is pending unless receive permission in advance to travel outside of district
- Submit to random UA testing as directed by Pretrial Services

**Detention Hearing:**
*NA; USA not seeking detention.*