AO 442 (Rev. 11/11) Arrest Warrant

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 22, 2022

SEAN F. MCAVOY, CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

United States of America
v.
Roshon Edward Thomas

)
)
)
)
)
)
)

Case No.  2:22-CR-0035-RMP

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Roshon Edward Thomas,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Counts 1 and 2 18 U.S.C. § 1343 Wire Fraud

Date:   Mar 15, 2022, 2:22 pm

*Issuing officer's signature*

City and state:   Yakima, Washington

Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

---

**Return**

This warrant was received on *(date)*  3/15/22 , and the person was arrested on *(date)*  3/17/22
at *(city and state)*  Spokane, WA .

Arrested within the E/WA

Date:  3/17/22

By: SBA
(Agency)
Executed On: 3/17/22
Sign: [signature] USMS
*Arresting officer's signature*

*Printed name and title*