John B. McEntire, IV
*Senior Litigator*
10 North Post Street, Suite 700
Spokane, Washington 99201
509.624.7606
Attorney for Roshon E. Thomas

United States District Court
Eastern District of Washington
Honorable Rosanna M. Peterson

| | |
|---|---|
| United States of America, | No. 2:22-CR-035-RMP-1 |
| Plaintiff, | Joint Discovery Status Report[1] |
| v. | |
| Roshon Edward Thomas, | |
| Defendant. | |

---

[1] The Government and Mr. Thomas conferred.

On March 18, 2022, the Court directed the parties to meet, discuss discovery disclosure issues (if any), and file a status report.[2] Here is that report:

The Government has produced two (2) discovery batches to date. The first was disclosed on March 22, 2022, and contains 350 pages; the second was disclosed on March 24, 2022, and contains 53 pages. There are no disclosure issues at this time, but if any arise, Mr. Thomas anticipates he'll be able to resolve those issues informally with the Government.

Dated: March 31, 2022

        Federal Defenders of Eastern Washington & Idaho
        Attorneys for Roshon Edward Thomas

        s/ John B. McEntire, IV
        John B. McEntire, IV, WSBA #39469
        10 North Post Street, Suite 700
        Spokane, Washington 99201
        509.624.7606
        jay_mcentire@fd.org

---

[2] ECF No. 14 at 3 (Pretrial Order).

Discovery Status Report
– 1 –

**Service Certificate**

I certify that on March 31, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify Assistant United States Attorneys: Dan Fruchter and Tyler Tornabene.

<u>s/ John B. McEntire IV</u>
John B. McEntire, IV, WSBA #39469
10 North Post Street, Suite 700
Spokane, Washington 99201
509.624.7606
jay_mcentire@fd.org