PS 42
(Rev 07/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 22, 2022

SEAN F. MCAVOY, CLERK

## United States District Court

### Eastern District of Washington

| | |
|---|---|
| United States of America | ) |
| | ) |
| vs | ) |
| | ) |
| Roshon Edward Thomas | )   Case No. 2:22CR00035-RMP-1 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Roshon Edward Thomas, have discussed with Erik Carlson, Pretrial Services/Probation Officer, modification of my release as follows:

**Modified Condition:** Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and can include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing.

Mr. Thomas' current release conditions require him to submit to random urinalysis for the purpose of drug testing. However, Mr. Thomas has a medical condition that makes it difficult to produce urine. Due to this medical condition, the above-noted modification is respectfully being requested to allow the U.S. Probation Office the ability to utilize other methods of drug testing

I consent to this modification of my release conditions and agree to abide by this modification.

_____  6-16-22    _____  6-16-2022
Signature of Defendant        Date      Pretrial Services/Probation Officer   Date
Roshon Edward Thomas                    Erik Carlson

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____            _____  6/17/22
Signature of Defense Counsel                                      Date
John Barto McEntire, IV

[X]   The above modification of conditions of release is ordered, to be effective on  6/22/2022 .

[ ]   The above modification of conditions of release is <u>not</u> ordered.

_____         06/22/2022
Signature of Judicial Officer                        Date

James A. Goeke