Swedish Organ Transplant and Liver Center
1124 Columbia St. Suite 600
Seattle, WA 98104

**SWEDISH**

T 206-386-3660 F 206-386-3622

www.Swedish.org

7/25/2022

**Roshon E Thomas**
**5000 S Palouse Hwy Apt 337**
**Spokane  WA 99223**

Dear Mr. Thomas

Thank you for taking time out of your busy day to schedule an appointment. I am writing to you to confirm your appointment here with us at the Swedish Organ Transplant Center.

The appointment will be at the following address:
  **1124 Columbia St.**
  **Suite 600**
  **Seattle, WA 98104**
  Scheduled Appointment is **Friday September 2, 2022 at 12:00 PM.**

Please arrive on time for your check in. During this appointment you will meet with the following health care providers:

  **Transplant Nephrologist**
  **Transplant Surgeon**
  **Transplant Social Worker**
  **Transplant Nutritionist**
  **Transplant Financial Counselor**
  **Kidney Transplant Coordinator**

Given the complexity of kidney transplantation, your appointment may take up to 4 hours so please come prepared with snacks. We strongly advice you bring a support person to the appointment. This will allow for a complete assessment.

Please bring the following to your appointment:
  **Insurance cards**
  **Current medication list**
  **Social Security Number**

We look forward to serving you and your transplant needs. If you have any questions, please feel free to contact us, (206) 386-3032.

Sincerely,

Ashley Poole
Patient Services Coordinator II
Swedish Organ Transplant & Liver Center

Exhibit A - 1

## Caregiver Fact Sheet

Following your transplant, you will need a caregiver. The timeframe that you will require a caregiver may vary depending on where you live, how long you will be in Seattle, and your medical condition following transplant. <u>Your caregiver should come with you to your evaluation appointment.</u>

When thinking about who you might ask to serve as your caregiver, please consider the following requirements:

- Caregiver will learn the patient's medication regimen before discharge from the hospital

- Caregiver will provide 24 hour care for the patient for at least 2 weeks following discharge

- Caregiver will need to be available by either home or cell phone at all times

- Caregiver will call OTP if any emergencies, complications or concerns arise

- Caregiver will accompany the patient to post-transplant clinic appointments at *Swedish Organ Transplant Program Clinic*: 1124 Columbia Street, #600, Seattle, Washington 98104

- Caregiver will provide or assist with arranging transportation for the patient; patients will not be able to drive for at least 1 month post-transplant

- Caregiver will assist with household chores such as cooking, cleaning, laundry, etc

You will be responsible for notifying the transplant program if your caregiver is unable to fulfill the responsibilities listed above. You will have the opportunity to ask questions regarding post-transplant care with your Transplant Coordinator and Transplant Social Worker.



# Driving directions to the Swedish Organ Transplant and Liver Center

**1st Hill Medical Pavilion**
**1124 Columbia St., Suite 600**
**Seattle, WA 98104**
**206-386-3660**

### From the north, traveling south on I-5:
- Take I-5 southbound to the James Street Exit (No. 165A).
- Turn left (east) onto James Street.
- Turn left (north) onto Boren Avenue.
- Turn right (east) onto Columbia Street.
- Take an immediate left into the 1st Hill Medical Pavilion pay garage. The Swedish Organ Transplant and Liver Center is in Suite 600.
- Limited metered street parking is also available.
- Take elevators to the 6th floor and check in at reception.

### From the south, traveling north on I-5:
- Take I-5 northbound to the James Street Exit (No. 164A).
- Turn right (east) onto James Street.
- Turn left (north) onto Boren Avenue.
- Turn right (east) onto Columbia Street.
- Take an immediate left into the 1st Hill Medical Pavilion pay garage. The Swedish Organ Transplant and Liver Center is in Suite 600.
- Limited metered street parking is also available.
- Take elevators to the 6th floor and check in at reception.





*(over)*

Exhibit A - 3

# Driving directions from the Seattle Ferry Terminal at Colman Dock to the First Hill Medical Pavilion



## From the Colman Dock ferry terminal to 1124 Columbia St.

1. Take Marion Street to Sixth Avenue.
2. Turn left onto Sixth Avenue.
3. Turn right onto Madison and right again onto Minor.
4. Turn right onto Columbia and then turn right into the 1st Hill Medical Pavilion pay garage. The Swedish Organ Transplant and Liver Center is in Suite 600.


**SWEDISH**

**ORGAN TRANSPLANT AND LIVER CENTER**
1124 Columbia St., Suite 600
Seattle, WA 98104

Swedish.org

© 2016 SWEDISH HEALTH SERVICES. ALL RIGHTS RESERVED.    SW16-30189 3/16

Exhibit A - 4